IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON CHRISTOPHER DIXON,<br>Plaintiff | Civil Action No. 3:15-cv-00425 |
| v. | (Judge Mariani) |
| JAMES LARSON, *et al.*,<br>Defendants | |

## ORDER

**AND NOW**, this 2nd day of October, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 18), is **DENIED** without prejudice.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge