IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BYRON CHRISTOPHER DIXON, : Civil No. 3:15-cv-00425
:
    Plaintiff : (Judge Mariani)
:
v. :
:
JAMES LARSON, *et al.*, :
:
    Defendants :

## ORDER

**AND NOW**, this 23rd day of February, 2016, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Larson's motion (Doc. 14) to dismiss is **GRANTED**.

2. The complaint against Defendants Robert Lawton and James Younkin is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge